IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lorenzo Sanchez Nino,<br><br>    Petitioner,<br><br>v.<br><br>Loretta E. Lynch, et al.,<br><br>    Respondents. | No. CV-15-01323-PHX-DLR<br><br>**ORDER** |

  Before the Court are Petitioner Lorenzo Sanchez Nino's Petition for Writ of Habeas Corpus and United States Magistrate Judge Michelle H. Burns' Report and Recommendation ("R&R"). (Docs. 1, 12.) The R&R recommends that the Court dismiss the Petition as moot because Petitioner is no longer in custody and has not responded to court orders or otherwise prosecuted this matter. (Doc. 12 at 2.) The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. (*Id.* at 2-3 (citing Fed. R. Civ. P. 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)). Petitioner did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that

has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R and dismiss the Petition as moot. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED** that Magistrate Judge Burns' R&R, (Doc. 12), is **ACCEPTED**. Petitioner's Petition for Writ of Habeas Corpus, (Doc. 1), is **DISMISSED** as moot and without prejudice. The Clerk of the Court shall terminate this case.

Dated this 5th day of April, 2016.

Douglas L. Rayes
United States District Judge